IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM THOMAS ROLLINS**                                               **PLAINTIFF**

**V.**                                                 **CIVIL ACITON NO. 3:12-cv-94-HTW-LRA**

**RONALD KING**                                                                 **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter has been brought before this court by the Report and Recommendation of United States Magistrate Judge Linda Anderson [docket no. 14], which explicitly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. This court, finding that there have been no submissions of written objections by any party, hereby adopts said Report and Recommendation as the order of this court. The respondent's Motion to Dismiss Petition for Writ of Habeas Corpus [docket no. 8] is hereby granted.

**IT IS THEREFORE ORDERED** that this case is dismissed for the reasons discussed in the Magistrate Judge's Report and Recommendation dated February 11, 2013.

**SO ORDERED AND ADJUDGED, this the 27th of FEBRUARY, 2013.**

                                                   **s/ HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT JUDGE**